**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT WILSON DENT,            :   No. 33 MM 2023
                                                    :
                 Petitioner                  :
                                                    :
                                                    :
          v.                                     :
                                                    :
                                                    :
COURT OF COMMON PLEAS OF BERKS     :
COUNTY, ET AL., DISTRICT ATTORNEY       :
OF BERKS COUNTY, ET AL.,                       :
                                                    :
                 Respondents              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2023, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Prohibition" is DENIED.